# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOSE GARCIA, Surviving Spouse of FRANCISCA GARCIA, Deceased; JOSE GARCIA; OVIDIO GARCIA, Ind. and as Parent and Guardian of his Minor Children, ISABELLA GARCIA and DANIEL GARCIA; and KEYRI RODRIGUEZ, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) No. 2:20-CV-67 |
| vs. | ) Chief Judge Waverly D. Crenshaw, Jr.<br>) Magistrate Judge Alistair E. Newbern |
| GLOBAL TRANS AUTO, INC., IVAN MELNIK and IGOR PETRASHISHIN, | )<br>) |
| Defendants. | ) |

## JOINT MOTION TO APPROVE MINOR'S SETTLEMENT

Come now Plaintiffs Ovidio Garcia and Keyri Rodriguez, individually and as parents and guardians of their minor child, Daniel Garcia, and Defendants Global Trans Auto, Inc., Ivan Melnik, and Igor Petrashishin ("Defendants") (collectively, "the parties"), by and through counsel, and respectfully submit this Joint Motion pursuant to Tennessee Code Annotated § 29-34-105 and Tennessee Code Annotated §§ 34-1-101 through 34-3-101, et seq, seeking approval of the settlement of minor Daniel Garcia's claims. The parties rely upon the Affidavit of Ovidio Garcia and the Affidavit of Keyri Rodriguez, filed contemporaneously herewith and pursuant to Tennessee Code Annotated § 29-34-105(a), and would show unto the Court as follows:

1. Daniel Garcia is a minor (age 8) and resides with his parents, Ovidio Garcia and Keyri Rodriguez, at 2007 Amanda Court, Upper Marlboro, Maryland. The minor's date of birth is June 27, 2012 and his social security number is xxx-xx-4717. He is a resident of Prince George's County, Maryland.

2. Ovidio Garcia and Keyri Rodriguez are the parents, legal guardians and next friends of the minor. They reside at 2007 Amanda Court, Upper Marlboro, Maryland, are forty (40) and thirty-four (34) years of age, respectively. They affirm that they are the proper parties to act on behalf of the minor and enter into settlement on behalf of the minor.

3. On or about December 28, 2019, the minor Plaintiff was injured in an automobile accident when the vehicle in which he was a restrained passenger collided with a vehicle driven by the defendant, Igor Petrashishin. The vehicle Defendant Petrashishin was driving merged into the lane of the vehicle in which the minor Plaintiff was a passenger while both vehicles were traveling on Interstate 40 in Cookeville, Cumberland County, Tennessee. Defendants were insured at all relevant times by Wesco Insurance Company ("Wesco").

4. As a result of the accident, the minor was treated by Cumberland County EMS, Cumberland Medical Center, Emergency Coverage Corporation, and Radiology Imaging Associates. The minor Daniel Garcia was treated on the date of the accident and released and has received no additional treatment. He has recovered and has no permanent injuries. As a result of the treatment, the minor's medical bills and expenses total approximately $ 2,542.62 (total amount billed). As his parents, Ovidio Garcia and Keyri Rodriguez became responsible for his medical bills and expenses.

5. The parties hereto, including the parents/guardians of the minor plaintiff, have reached a settlement of all disputed claims for personal injuries of the minor, Daniel Garcia, under the terms of which Wesco (on behalf of Defendants) (without admitting fault) will pay, and the minor will receive the sum of Five Thousand and No/100ths Dollars ($5,000.00) as a compromise settlement of all claims and matters in controversy arising from the aforementioned accident and his parents/custodial guardians' derivative claims and/or any derivative claims and/or any claims related to medical expenses of the minor plaintiff.

6. The Plaintiffs hereto have been represented in this matter by Butler, Vines and Babb, PLLC, who have rendered valuable legal advice and services to the Plaintiffs, and for which they should be compensated attorney fees in the amount of One Thousand Six Hundred Sixty-Six and 67/100ths Dollars ($1,666.67) and reimbursed in the amount of Sixty-Seven and 46/100ths Dollars ($67.46) for expenses incurred in their representation of the minor Plaintiff, all of which should be paid from the settlement proceeds.

7. The parties hereto request that the remaining sum of Three Thousand Two Hundred Sixty-Five and 87/100ths Dollars ($3,265.87) be paid directly to Ovidio Garcia and Keyri Rodriguez to be deposited into an account for the sole use and benefit of the minor child, Daniel Garcia, until he reaches eighteen (18) years of age.

8. The parties agree that the parents/custodial guardians will execute a Release of All Claims in favor of Defendants and Wesco with respect to any claims the minor and his parents/custodial guardians has and/or had as a result of injuries to the minor child and/or any related testing or treatment.

9. All of the minor plaintiff's outstanding medical expenses will be paid from the settlement funds and/or the plaintiffs will be solely responsible for same. Plaintiffs agree to indemnify, hold harmless and defend Defendants, Wesco, and/or their agents and insurers from any and all other medical or other claims and/or liens, including but not limited to Medicare, Medicaid, TennCare and/or hospital liens.

10. The parties hereto respectfully submit that the proposed settlement is fair and reasonable under the totality of the circumstances and that the approval of the settlement is in the best interest of the minor plaintiff.

**WHEREFORE,** Plaintiffs Ovidio Garcia and Keyri Rodriguez, individually and as parents and guardians of their minor child, Daniel Garcia, and Defendants respectfully move this

Court to review and approve the settlement for Daniel Garcia, and enter a judgment thereon without further hearing.

Respectfully submitted this __6th__ day of _____May_____, 2021.

By: ___*s/ John W. Butler*_____
    JOHN W. BUTLER, BPR # 014771
    GRANT E. MITCHELL, BPR # 036878
    BUTLER, VINES AND BABB, P.L.L.C.
    jbutler@bvblaw.com
    gmitchell@bvblaw.com
    2701 Kingston Pike
    Knoxville, TN 37919
    (865) 637-3531 - Phone
    (865) 637-3385 - Facsimile
    *Attorneys for Plaintiffs*

By: ____*s/ Jon M. Cope*_____
    JON M. COPE, BPR #20031
    STOKES, WILLIAMS, SHARP, COPE & MANN
    jon@stokeswilliams.com
    P.O. Box 2644
    Knoxville, TN 37901
    (865) 544-3833 – Phone
    (865) 544-1849 – Facsimile
    *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and exact copy of the foregoing Joint Motion to Approve Minor's Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

LOGAN W. BURNETTE
LAW OFFICE OF LIBBI A. WATSON
lburnette@geico.com
7003 Chadwick Drive, Ste 155
Brentwood, TN 37027
*Attorney for Geico*

This __6th__ day of _____May_____, 2021.

                                                          _____*s/ Jon M. Cope*_____