UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSE GARCIA, </br> OVIDIA GARCIA, individually and as </br> Parent and Guardian of his minor </br> children, ISABELLA GARCIA and </br> DANIEL GARCIA, and </br> KEYRI RODRIGUEZ, </br> </br> Plaintiffs, </br> </br> v. </br> </br> GLOBAL TRANS AUTO, INC., </br> IVAN MELNIK and </br> IGOR PETRASHISHIN, </br> </br> Defendants. | NO. 2:20-cv-00067 |

**ORDER**

The parties have filed an Agreed Stipulation of Dismissal (Doc. No. 46). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE